United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15734-mdc
Christopher A Roshon                                                      Chapter 7
Paola Juliette Montreuil-Mendez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW            Page 1 of 1               Date Rcvd: Dec 01, 2017
                               Form ID: 211              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb         +Christopher A Roshon,   Paola Juliette Montreuil-Mendez,    2034 Ursinus Lane,
                Lancaster, PA 17603-4413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 02 2017 02:12:28      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WAYNE G. GRACEY    on behalf of Debtor Christopher A Roshon wayneg44@aol.com
              WAYNE G. GRACEY    on behalf of Joint Debtor Paola Juliette Montreuil-Mendez wayneg44@aol.com
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                       Chapter: 7

     Christopher A Roshon and Paola Juliette Montreuil−Mendez

Debtor(s)                                                      Case No: 17−15734−mdc

___

### *ORDER*

AND NOW, 12/1/17 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 12/15/17 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                For The Court

                                                                Magdeline D. Coleman

                                                                Judge ,United States Bankruptcy Court