Certificate Number: 03621-PAE-DE-030048274

Bankruptcy Case Number: 17-15734



03621-PAE-DE-030048274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2017, at 12:39 o'clock PM EDT, Christopher Roshon completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 19, 2017           By:    /s/Mike Fannelle

                                  Name:  Mike Fannelle

                                  Title: Counselor