United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15734-mdc
Christopher A Roshon                                                      Chapter 7
Paola Juliette Montreuil-Mendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Dec 08, 2017
                               Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db/jdb         +Christopher A Roshon,   Paola Juliette Montreuil-Mendez,    2034 Ursinus Lane,
                 Lancaster, PA 17603-4413
13972948       +Alliant,   P.O. Box 66945,   Amf Ohare, IL 60666-0945
13972957        Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13972956       +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13972967       +Omaha Steak House,   10909 John Galt,   Omaha, NE 68137-2382
13972968       +Pay Pal,   P.O. Box 105658,   Atlanta, GA 30348-5658
13972969       +Sprint,   GC Servises,   P.O. Box 1466,   Houston, TX 77251-1466
13972979       +Syncb/Pndr,   Po Box 965036,   Orlando, FL 32896-5036
13972981       +Verizon,   P.O. Box 650051,   Dallas, TX 75265-0051
13972983       +Verizon Wireless,   500 Technology Dr Suite 550,   Saint Charles, MO 63304-2225
13972982       +Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 09 2017 01:10:05    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2017 01:09:19
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2017 01:10:00    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13972949        E-mail/Text: bankruptcy@alliantcreditunion.com Dec 09 2017 01:09:59    Alliant Credit Union,
                 125 E Algonquin Rd,   Arlington Heig, IL 60005
13972951       +EDI: BANKAMER2.COM Dec 09 2017 01:03:00    Bk Of Amer,   Pob 17054,
                 Wilmington, DE 19884-0001
13972952       +EDI: BANKAMER.COM Dec 09 2017 01:03:00    Bk Of Amer,   400 Christiana Rd,
                 Newark, DE 19702-3208
13972953       +EDI: CAPITALONE.COM Dec 09 2017 01:03:00    Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
13972954       +EDI: CAPITALONE.COM Dec 09 2017 01:03:00    Cap One,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
13972955       +EDI: WFNNB.COM Dec 09 2017 01:03:00    Cb/Vicscrt,   220 W Schrock Rd,
                 Westerville, OH 43081-2873
13972959       +EDI: WFNNB.COM Dec 09 2017 01:03:00    Ccb/Bjs,   Po Box 182120,   Columbus, OH 43218-2120
13972960       +EDI: CHASE.COM Dec 09 2017 01:03:00    Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13972961       +EDI: CHASE.COM Dec 09 2017 01:03:00    Chase Card,   201 N. Walnut St//Del 1027,
                 Wilmington, DE 19801-2920
13972962       +EDI: WFNNB.COM Dec 09 2017 01:03:00    Comenitybk/Victoriasec,   Po Box 182789,
                 Columbus, OH 43218-2789
13972963       +EDI: WFNNB.COM Dec 09 2017 01:03:00    Comenitycap/Bjswhlesle,   Po Box 182120,
                 Columbus, OH 43218-2120
13972964        EDI: DISCOVER.COM Dec 09 2017 01:03:00    Discover,   Po Box15316, Att:Cms/Prod Develop,
                 Wilmington, DE 19850-5316
13972965       +E-mail/Text: bk@rgsfinancial.com Dec 09 2017 01:09:06    First National Bank of Omaha(Sheetz),
                 c/o RGS Financial,   P.O. Box 852039,   Richardson, TX 75085-2039
13973224       +EDI: PRA.COM Dec 09 2017 01:03:00    PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
13972971       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
13972970       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Amazon,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
13972972        EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Jcp,   Po Box 984100,   El Paso, TX 79998
13972974        EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Lowes,   Po Box 103065,   Roswell, GA 30076
13972975       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Mattress Warehou,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
13972976       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Mtwh,   Po Box 965036,   Orlando, FL 32896-5036
13972977       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Onav,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
13972978       +EDI: RMSC.COM Dec 09 2017 01:03:00    Syncb/Pandora,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
13972980       +EDI: VERIZONWIRE.COM Dec 09 2017 01:03:00    Verizon,   National Recovery P.O. Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                               TOTAL: 26
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13972966       Kohls/Cap1
13972973       Syncb/Lowe
```

```
District/off: 0313-2            User: admin               Page 2 of 2                  Date Rcvd: Dec 08, 2017
                                Form ID: 318              Total Noticed: 37

13972958*      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13972950      ##+Bank of America,   P.O. Box 961206,   Fort Worth, TX 76161-0206
                                                                                             TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WAYNE G. GRACEY    on behalf of Debtor Christopher A Roshon wayneg44@aol.com
              WAYNE G. GRACEY    on behalf of Joint Debtor Paola Juliette Montreuil-Mendez wayneg44@aol.com
                                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher A Roshon** | Social Security number or ITIN  **xxx−xx−3062** |
| | First Name   Middle Name   Last Name | EIN  _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Paola Juliette Montreuil−Mendez** | Social Security number or ITIN  **xxx−xx−3674** |
| | First Name   Middle Name   Last Name | EIN  _ _ − _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17−15734−mdc**

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher A Roshon                    Paola Juliette Montreuil−Mendez

12/7/17                          **By the court:**   Magdeline D. Coleman
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**