*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Christopher A Roshon and Paola Juliette Montreuil–Mendez   : Case No. 17–15734–mdc
     Debtor(s)

### *ORDER*
_____

AND NOW, this day , December 12,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                         By The Court

                         Magdeline D. Coleman
                         Judge , United States Bankruptcy Court

20
Form 195